**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 349 EAL 2020
                                                          :
                        Respondent                  :
                                                          :  Petition for Allowance of Appeal
                                                          :  from the Order of the Superior Court
              v.                                        :
                                                          :
                                                          :
SAMUEL EADDY,                              :
                                                          :
                        Petitioner                    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.